UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chartered Semiconductor Manufacturing Ltd., a Singapore corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Integrated Semiconductor Service, Inc., a California corporation<br><br>　　　　　Defendant. | CASE NO. C 04-5418 WHA<br><br>[Proposed] Order Granting Motion in Limine in Principle |
| and related counterclaims. | |

#15067 v2

1  The motion in limine of plaintiff and counterdefendant Chartered Semiconductor
2  Manufacturing ("Chartered") was presented to the Court in conjunction with the Final Pretrial
3  Conference in this matter on February 27, 2006. Having considered the papers submitted, and
4  argument from counsel, and good cause appearing, the Court hereby ORDERS as follows:
5       1.  The motion in limine is granted in principle.
6       2.  If Integrated seeks to introduce an exhibit in support of its case in chief during
7  trial, Chartered may promptly object to such introduction on the basis of this Order.
8       3.  The Court will sustain the objection if and only if both of the following
9  conditions are met:
10          a.  Chartered establishes that the putative exhibit was encompassed within
11  the scope of a "reasonable and proper" request for production; and
12          b.  Integrated is unable to establish that there is "good cause" for allowing
13  introduction of the putative exhibit notwithstanding the failure previously to produce it.

IT IS SO ORDERED.

March 3    , 2006.

_____
Honorable
U.S. District

Judge William Alsup

Approved as to form:

_____
Richard J. Mooney (counsel for Chartered)

_____
Vernon C. Goins II (counsel for Chartered)

---

1

[Proposed] Order Granting Motion in Limine
*Chartered Semiconductor Manufacturing Ltd. v. Integrated Semiconductor Service*, Case No. C 04-5418 WHA
#15067 v2