IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD.,<br><br>         Plaintiff,<br><br>    v.<br><br>INTEGRATED SEMICONDUCTOR SERVICE, INC.,<br><br>         Defendant.<br>_____ / | No. C 04-05418 WHA<br><br>**ORDER RE JUDGMENT** |

The Court approved the Proposed Judgment on the assumption that the Settlement Agreement and Release has been executed by Chartered Semiconductor Manufacturing, Inc. The copy of the agreement submitted to the Court was not, however, signed by any representative of Chartered. Parties have until 2 p.m., Wednesday, March 15, 2006, to submit a copy of the agreement that is signed and dated by both parties.

**IT IS SO ORDERED.**

Dated: March 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE