IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SEMICONDUCTOR SERVICE, INC., <br><br> Defendant. | No. C 04-05418 WHA <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE** |

It is hereby ordered that the case is referred for assignment to a Magistrate Judge for all proceedings regarding Chartered Semiconductor's Application and Examination of The President of Semiconductor Service, Inc.

**IT IS SO ORDERED.**

Dated: October 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE