UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., Plaintiff, v. INTEGRATED SEMICONDUCTOR SERVICE, INC., Defendant. | No. C04-5418 WHA (BZ) |
| INTEGRATED SEMICONDUCTOR SERVICE, INC., Counter-Claimant, v. CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., Counter-Defendant. | **ORDER SCHEDULING HEARING** |

By Order dated March 1, 2007, the Honorable William Alsup referred to me all proceedings regarding Chartered Semiconductor's *ex parte* application for writ of possession. Plaintiff filed its application pursuant to California Code of

1  Civil Procedure section 512.020, *et seq.*, in an effort to
2  enforce its March 13, 2006, judgment against the defendant.[1]
3       An application for an *ex parte* writ of possession may
4  only be issued upon a showing that all the elements required
5  under section 512.020 are met.  <u>See</u> Cal. Code Civ. P. §
6  512.020(b).  Section 512.020(b)(3) requires, *inter alia*, a
7  showing that the property in issue faces danger of imminent
8  destruction, concealment, or other harm.  In addition,
9  plaintiff must include in its application a statement of the
10 value of the property to be possessed.  <u>See</u> Cal. Code. Civ. P.
11 §§ 512.020(b), 512.010(b)(3).  Plaintiff must also post an
12 "undertaking."  <u>See</u> Cal. Code. Civ. P. §§ 512.020, 512.060(2).
13 Plaintiff has failed to meet these requirements.
14      Plaintiff, however, electronically filed its "*ex parte*"
15 application and served it on defendant's counsel.  <u>See</u>
16 Application for Writ of Possession, Proof of Service, *1.
17 Given that plaintiff properly served defendant, thereby
18 putting it on notice of the application, there is no reason to
19 treat the application as one filed *ex parte*.  Construing
20 plaintiff's application as filed pursuant to section 512.010,
21 plaintiff has still failed to meet all the statutory
22 requirements.  <u>See, e.g.</u>, 512.010(b)(3) (requiring a statement
23 in the application of the value of the property to be
24 possessed).
25      For the reasons stated above, **IT IS HEREBY ORDERED** that

---

[1] In federal court, "[t]he procedure on execution . . . shall be in accordance with the practice and procedure of the state in which the district court is held . . . ." Fed. R. Civ. P. 69(a).

2

plaintiff's application shall be treated as having been filed pursuant to section 510.010. **IT IS FURTHER ORDERED** that a hearing on plaintiff's application shall be held on **April 18, 2007, at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any opposition to plaintiff's application shall be filed by **April 2, 2007**. Plaintiff's reply shall be filed no later than **April 9, 2007**. Plaintiff should be prepared to provide evidence that all the requirements for a writ of possession are satisfied.

Dated: March 19, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CHARTERED SEMICONDUCTOR\WRIT.POSSESSION.ORDER.RM.wpd

3