UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., <br><br>    Plaintiff, <br><br>    v. <br><br> INTEGRATED SEMICONDUCTOR SERVICE, INC., <br><br>    Defendant. <br>_____ <br> INTEGRATED SEMICONDUCTOR SERVICE, INC., <br><br>    Counter-Claimant, <br><br>    v. <br><br> CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., <br><br>    Counter-Defendant. <br>_____ | No. C04-5418 WHA (BZ) <br><br> **ORDER REGARDING UPCOMING HEARING** |

At the April 18, 2007, hearing, plaintiff should be prepared to discuss:

1) whether seeking issuance of a writ of possession pursuant to California Civil Code section 512 is an

1

1  appropriate post-judgment enforcement method.  See <u>Simms v.
2  NPCK Enterprises, Inc.</u>, 109 Cal. App. 4th 233, 241-42 (2003)
3  (describing the procedures under section 511.010 *et seq.* as
4  providing "a complete prejudgment remedy to recover possession
5  of personal property."); <u>see also</u> Cal. Civ. Code § 512.010,
6  Legislative Committee Comment, Subdivision (a); <u>and cf.</u> Cal.
7  Civ. Code § 681.010 (setting forth "[p]rovisions for enforcing
8  judgments");

9       2) whether seeking a writ of possession is appropriate
10 where the only portion of the judgment left to be enforced is
11 for payment of money; and

12      3) the basis for the Court's jurisdiction over
13 plaintiff's motion regarding fraudulent transfers in light of
14 the judgment's limitation on jurisdiction and the absence of a
15 separate claim for fraudulent transfer.

16      Defendant should be prepared to discuss the commercial
17 reasonableness of the lease agreement at issue.

18 Dated: April 13, 2007

19                              _____
20                                     Bernard Zimmerman
                                 United States Magistrate Judge

21 G:\BZALL\-REFS\CHARTERED SEMICONDUCTOR\ORDER.RE.HEARING.wpd

2