UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., | ) ) ) | No. C04-5418 WHA (BZ) |
| Plaintiff, | ) ) | **SCHEDULING ORDER** |
| v. | ) ) | |
| INTEGRATED SEMICONDUCTOR SERVICE, INC., | ) ) ) | |
| Defendant. | ) ) | |
| INTEGRATED SEMICONDUCTOR SERVICE, INC., | ) ) ) | |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., | ) ) ) | |
| Counter-Defendant. | ) ) ) | |

    Plaintiff's motion to compel having been referred to me, **IT IS ORDERED** as follows:

    1. Defendant's opposition, if any, shall be filed by **Wednesday, May 30, 2007**;

1

1       2.   Plaintiff's reply, if any, shall be filed by
2  **Wednesday, June 6, 2007**;
3       3.   If necessary, a hearing will be noticed by the Court.
4  Dated: May 18, 2007

```
                              _____
                                    Bernard Zimmerman
                              United States Magistrate Judge
```

G:\BZALL\-REFS\CHARTERED SEMICONDUCTOR\SCH.ORDER.wpd