UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SEMICONDUCTOR SERVICE, INC., <br><br> Defendant. <br><br> INTEGRATED SEMICONDUCTOR SERVICE, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., <br><br> Counter-Defendant. | No. C04-5418 WHA (BZ) <br><br><br><br><br><br> **ORDER IMPOSING SANCTIONS AND ORDER TO SHOW CAUSE** |

Defendant Integrated Semiconductor Service, Inc., has filed no opposition to plaintiff's motion that it be held in contempt for failing to comply with my Order dated June 8, 2007, requiring Integrated to provide information responsive

1

to certain discovery requests by June 25, 2007 and to pay plaintiff $1,120.00 in attorney's fees.  **IT IS THEREFORE ORDERED** as follows:

   1.   Integrated shall pay plaintiff $1,120 in attorney's fees by no later than **August 20, 2007**;

   2.   Integrated shall provide all the information required by the June 8, 2007 Order by **August 20, 2007**;

   3.   Pursuant to Federal Rule of Civil Procedure 37(c), Integrated is sanctioned $5,600.00, this sum being arrived at by taking the $200 per day sanction requested by plaintiff and multiplying by the number of days from filing of the motion to the date of this Order.  However, if Integrated complies with paragraphs 1 and 2 of this Order, the sanction will be reduced to $560.00, said amount payable to plaintiff by **August 20, 2007**;

   4.   If Integrated does not comply with paragraphs 1, 2 and 3 of this Order by **August 20, 2007**, Steven Collins and counsel for Integrated are **ORDERED** to appear personally in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 on **August 21, 2007 at 10:00 a.m.** and show cause why they should not be held in contempt or otherwise sanctioned for failure to follow previous orders.  Mr. Collins is admonished that failure to appear may result in the issuance of a warrant for his arrest;

   5.   The hearing on plaintiff's motion for sanctions, scheduled for August 15, 2007, is **VACATED**.

   6.   Except as set forth in this Order, the motion for
///

2

1  contempt is **DENIED** without prejudice.

2  Dated: August 7, 2007

3  _____
4  Bernard Zimmerman
   United States Magistrate Judge

7  G:\BZALL\-REFS\CHARTERED SEMICONDUCTOR\OSC and SANCTIONS.wpd

3