UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., <br><br>    Plaintiff, <br><br>    v. <br><br>INTEGRATED SEMICONDUCTOR SERVICE, INC., <br><br>    Defendant. <br>_____ <br>INTEGRATED SEMICONDUCTOR SERVICE, INC., <br><br>    Counter-Claimant, <br><br>    v. <br><br>CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., <br><br>    Counter-Defendant. <br>_____ | No. C04-5418 WHA (BZ) <br><br>**ORDER DEFERRING DISPOSITION OF MY ORDER TO SHOW CAUSE AS TO STEVEN COLLINS** |

Following the filing by plaintiff of its motion for contempt [Docket No. 75], I issued an order sanctioning defendant and, absent compliance, requiring defendant's principle, Mr. Collins, and its attorney, Mr. Goins, to appear

1

1 and show cause why contempt proceedings should not be
2 initiated.  Docket No. 77.  Mr. Collins, Mr. Goins and counsel
3 for plaintiff appeared for a show cause hearing on August 21,
4 2007.  Following a brief examination of Mr. Collins, plaintiff
5 requested that I defer ruling on my order to show cause for
6 approximately two weeks to allow for plaintiff to perform an
7 inspection of defendant's facility and for defendant to
8 provide certain additional information to plaintiff.
9 Defendant voiced its agreement to plaintiff's proposal.  In
10 light of the parties' agreement, and good cause appearing, **IT
11 IS HEREBY ORDERED** as follows:

12      1) By **August 29, 2007**, defendant will provide to
13 plaintiff for each of its two remaining bank accounts the name
14 of the institution holding the account, the address of the
15 institution, the account number(s), and the name(s) on the
16 account;

17      2) By **September 5, 2007**, plaintiff will be allowed to
18 conduct an inspection of defendant's place of business for the
19 purpose of assessing defendant's inventory;

20      3) A reasonable time prior to the site inspection,
21 defendant will submit to plaintiff a description, including
22 the names and estimated values, of the ten parts or pieces of
23 equipment in its inventory that defendant thinks are likely to
24 have the greatest value to plaintiff;

25      4) By **September 7, 2007**, the parties will file with the
26 Court a joint report describing the degree to which defendant
27 has complied with this Order;

28      5) I will **DEFER** ruling on my Order to Show Cause as to

1  Mr. Collins until after submission of the joint report on
2  September 7.
3  Dated: August 21, 2007

   _____
           Bernard Zimmerman
       United States Magistrate Judge

G:\BZALL\-REFS\CHARTERED SEMICONDUCTOR\ORD DEFER OSC COLLINS.wpd

3