1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., | ) ) | No. C04-5418 WHA (BZ) |
| Plaintiff, | ) ) ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO VERNON C. GOINS, II** |
| v. | ) ) | |
| INTEGRATED SEMICONDUCTOR SERVICE, INC., | ) ) ) | |
| Defendant. | ) ) | |
| INTEGRATED SEMICONDUCTOR SERVICE, INC., | ) ) ) | |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD., | ) ) ) | |
| Counter-Defendant. | ) ) ) | |

   In light of the representations by Mr. Goins and others at hearing, **IT IS ORDERED** that my August 7, 2007 Order to Show

///
///

1

1 | Cause is **DISCHARGED** as to Mr. Goins.
2 | Dated: August 21, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CHARTERED SEMICONDUCTOR\ORD DISCH OSC GOINS.wpd

2