UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTERED SEMICONDUCTOR MANUFACTURING, LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>INTEGRATED SEMICONDUCTOR SERVICE, INC.,<br><br>  Defendant.<br>_____<br>INTEGRATED SEMICONDUCTOR SERVICE, INC.,<br><br>  Counter-Claimant,<br><br>  v.<br><br>CHARTERED SEMICONDUCTOR MANUFACTURING, LTD.,<br><br>  Counter-Defendant.<br>_____ | No. C04-5418 WHA (BZ)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

By Order dated August 22, 2007, I deferred ruling on my August 7, 2007 Order to Show Cause relating to defendant's principal, Mr. Collins, until after the parties filed jointly a report on defendant's steps to comply with certain of my

1

1 | orders.  See Docket No. 79.  Although due by September 7, the
2 | report was never filed.  Having heard nothing more from the
3 | parties, I assume that defendant has complied with my Orders
4 | and therefore **ORDER** that my Order to Show Cause as to Mr.
5 | Collins is **DISCHARGED**.

Dated: October 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CHARTERED SEMICONDUCTOR\ORDER.DC.OCS.wpd

2